**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF ALABAMA**
**EASTERN DIVISION**

**JESUS ARMANDO RAMOS,** )
xxx-xx-2061 ) Case No. 13-81484
    **Debtor.** )

# CHAPTER 13 PLAN

**CREDITOR'S RIGHTS WILL BE AFFECTED BY THIS PLAN.** You should read this and other documents sent to you carefully and discuss them with your attorney.

**TO FILE AN OBJECTION TO CONFIRMATION.** An Objection to Confirmation must be filed not later than seven (7) days prior to the date fixed for the Confirmation hearing and must state with particularity the grounds for the objection. See LBR 3015-2, which can be found at www.almb.uscourts.gov/lrules/index.htm.

**PROOFS OF CLAIM**. Creditors must file a proof of claim to be paid. Confirmation of this plan does not bar the Debtors, Trustee or a party in interest from objecting to a claim.

1. **PAYMENT AND LENGTH OF PLAN**
Debtor shall pay $158.00 per Bi-Weekly to the Chapter 13 Trustee beginning November 10, 2013.
The length of the plan is 58 months.

2. **FILING FEES**
○ Filing fee paid in full directly to the Clerk of Court with the Petition.
○ Filing fee is being paid in installments pursuant to LBR 1006-1 directly to the Clerk of Court.
● Filing fee is being paid in installments pursuant to LBR 1006-1 through the Debtor's Chapter 13 Plan as follows:
    Total filing fee:     $281.00
    Initial installment paid with filing of petition:     - 50.00
    Remaining balance to be paid through Chapter 13 plan:     $231.00

3. **ATTORNEY'S FEES FOR DEBTORS' BANKRUPTCY COUNSEL**
The following attorney's fees shall be paid through the Debtors' plan payments:
Total Attorney Fee:     $2,750.00
Amount paid directly to Attorney by the Debtors prior to filing:     - 0.00
Net Attorney fee being paid through the Chapter 13 Plan disbursements:     $2,750.00

4. **SECURED CLAIMS PAID THROUGH THE PLAN**
The Debtors propose that the Trustee make adequate protection payments prior to the confirmation of this Plan, pursuant to § 1326(a)(1) to the following creditors indicated below holding a purchase money security interest in personal property. Only those creditors entitled to § 1326(a)(1) adequate protection payments will receive pre-confirmation payments through the Debtors' payments to the Trustee. The Trustee shall commence making such payments to creditors holding allowed claims secured by an interest in personal property consistent with the Trustee's distribution process and only after the timely filing of a proof of claim by such creditor. The Trustee shall receive the percentage fee fixed under 28 U.S.C. § 586(e) on all adequate protection payments. Pre-confirmation adequate protection payments shall be applied to the principal of the creditor's claim. Upon confirmation of this plan all secured creditors will receive adequate protection payments as set out below along with the payment of the Debtors' attorney fees. At such time as the Debtors' attorney's fees have been paid in full, the creditor's claim shall be paid its specified monthly plan payments on the terms and conditions listed below as required under § 1325(a)(5).

| CREDITOR | COLLATERAL DESCRIPTION | 910/365 CLAIM Yes/No | AMOUNT OF DEBT | COLLATERAL VALUE | INT RATE | ADEQ PROT Yes/No | ADEQ PROT PAY | SPECIFIED MONTHLY PAYMENT |
|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |

**5. LONG TERM DEBTS MAINTAINED THROUGH PLAN**

The Debtors propose that the Trustee maintain the following long term debts through the plan. The Trustee shall make payments prior to confirmation of this Plan, to all of the following long term creditors indicated below. The Trustee shall commence making such payments to creditors holding allowed secured claims consistent with the Trustee's distribution process and only after the timely filing of a proof of claim by such creditor. The Trustee shall receive the percentage fee fixed under 28 U.S.C. § 586(e) on all payments. Upon confirmation of this Plan said long term creditors will receive payments as set out below along with the payment of the Debtor's attorney's fees.

| CREDITOR | COLLATERAL DESCRIPTION | AMOUNT OF DEBT | COLLATERAL VALUE | MONTHLY PAYMENT |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |

**6. SURRENDERED PROPERTY**

Debtors surrender the following collateral. Upon confirmation, the automatic stay (including the co-debtor stay) is lifted as to the surrendered collateral. Any claim filed by such creditor will receive no distribution under this Plan until an amended proof of claim is filed by such creditor, reflecting any deficiency balance remaining following surrender.

| CREDITOR | COLLATERAL DESCRIPTION | AMOUNT OF DEBT | VALUE OF COLLATERAL |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |

**7. CURING DEFAULTS**

Pursuant to §1322(b)(5) the Debtors shall cure defaults with respect to the creditors below. Trustee shall pay the allowed claims for arrearage at 100% through the Plan. The amount of default to be cured under this provision shall be the amount of the allowed claim filed by the creditor. The "amount of arrearage" listed herein is an estimate, and in no way shall this estimate limit what the Trustee shall distribute to said creditor under this plan to cure the default.

| CREDITOR | COLLATERAL DESCRIPTION | AMOUNT OF ARREARAGE | INTEREST RATE | SPECIFIED MONTHLY PAYMENT AMOUNT |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |

**8. DIRECT PAYMENTS**

The following secured creditors or holders of long-term debt will be paid directly by the Debtors to the creditor. The Debtors shall make all §1326 pre-confirmation adequate protection payments directly to the following creditors pursuant to the terms of the contract with the creditor. The Debtors shall continue to make all payments to the creditor directly pursuant to the terms of the contract following the confirmation of the Debtors' Plan.

| CREDITOR | COLLATERAL DESCRIPTION | AMOUNT OF DEBT | COLLATERAL VALUE | DATE PAYMENT TO RESUME | DIRECT PYMT AMOUNT |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

**9. DOMESTIC SUPPORT OBLIGATIONS**
The Debtors propose that following pre-petition Domestic Support Obligation arrearage claims shall be paid in full through this plan pursuant to §507(a)(1) unless the Claimant agrees to some other treatment or the Court orders otherwise. The Debtors shall directly pay all ongoing Domestic Support Obligations that become due after filing of the petition.

| CREDITOR | TOTAL ARREARAGE | INTEREST | SPECIFIED MONTHLY PAYMENT AMOUNT |
|---|---|---|---|
| Shelby Co Circuit Clerk - Maria Vazques | $6,125.00<br><br>(DR 07-900012.03 & 04) | 7.5% | $167.00 |

**10. PRIORITY CLAIMS (EXCLUDING DOMESTIC SUPPORT OBLIGATIONS)**
The Debtors will pay all priority claims pursuant to §507 unless Claimant expressly agrees otherwise including the following:

| CLAIMANT | TYPE OF PRIORITY | SCHEDULED AMOUNT | SPECIFIED MONTHLY PAYMENT AMOUNT |
|---|---|---|---|
| | | | |

**11. EXECUTORY CONTRACTS AND UNEXPIRED LEASES**
Executory contracts and/or leases receive the following designated treatment. For all executory contracts or unexpired leases being assumed by the debtors pursuant to this plan, the debtor shall make all pre-confirmation §1326 adequate protection payments directly to the Lessor pursuant to the terms of the contract. For all contracts assumed, the Debtors shall continue to make all payments directly to the creditor pursuant to the terms of the contract following the confirmation of the Debtors' Plan.

| CREDITOR | COLLATERAL DESCRIPTION | REJECT | ASSUME |
|---|---|---|---|
| Bearden Properties | Family Home | | xxx |
| | | | |

**12. SPECIALLY CLASSIFIED UNSECURED CLAIMS**
The following claims shall be paid as specially classified unsecured claims and shall receive the following designated treatment:

| CREDITOR | AMOUNT OF DEBT SPECIALLY CLASSIFIED | INTEREST RATE | SPECIFIED MONTHLY PAYMENT AMOUNT |
|---|---|---|---|
| Vickie Smith, Esq (DR 07-900012.03 & 04) | $4,554.00 | 7.5% | $105.00 |

### 13. UNSECURED CLAIMS

> **Allowed non-priority unsecured claims shall be paid through the distribution of the Debtors' Chapter 13 Plan at a rate of \*\*%, or pro rata participation in a "POT" Plan of $2,750.00 for the benefit of unsecured creditors, or until all allowed claims are paid in full. If this proposed dividend to unsecured creditors is less than 100%, debtors propose to pay to the Trustee all projected disposable income for the applicable**

### 14. OTHER PLAN PROVISIONS

(a) Lien Retention: Allowed secured claim holders shall retain liens until liens are released or upon completion of all payments under this Plan.

(b) Vesting of Property of the Estate:

    _____ Property of the Estate shall revest in the Debtor upon confirmation of the Debtor's Plan.

    \_\_\_X\_\_\_\_ Property of the Estate shall remain property of the estate subsequent to confirmation of this Plan.

**All property of the Estate whether it remains in the estate or revests with the Debtors upon confirmation of the Plan shall remain in the Debtors' possession and control. The Debtors shall have use of property of the estate, subject to the requirements of §363 of the Bankruptcy Code.**

(c) Direct Payment by Debtors: Secured creditors and lessors to be paid directly by the Debtors may continue to mail to Debtors the customary monthly notices or coupons notwithstanding the automatic stay.

(d) Other Provisions of the Plan not Elsewhere Described:


**"/s/" JESUS ARMANDO RAMOS**　　　　　　　　　　　　　　　　　　　　DATE: 10/11/13
**JESUS ARMANDO RAMOS**
**Debtor**

/s/ Marsha C. Mason　　　　　　　　　　　　　　　　　　　　　　　　　　DATE: 10/11/13
Marsha C. Mason
Attorney for Debtor

```
                              United States Bankruptcy Court
                                Middle District of Alabama
In re:                                                              Case No. 13-81484-WRS
Jesus Armando Ramos                                                 Chapter 13
      Debtor                  CERTIFICATE OF NOTICE
District/off: 1127-3          User: jingram              Page 1 of 2         Date Rcvd: Oct 15, 2013
                              Form ID: pdf13pln          Total Noticed: 41


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 17, 2013.
db            +Jesus Armando Ramos,    2079 Coosa County Road 86,   Goodwater, AL 35072-2000
2948462       +ALABASTER DENTAL,    1130 1st Street North,   Alabaster, AL 35007-8771
2948461       +ALABASTER DENTAL,    1403 Stadium Drive,   Alabaster, AL 35007-6514
2948463       +ALEX CITY FIRE DEPT,    PO Box 552,   Alexander City, AL 35011-0552
2948464       +ALLGATE FINANCIAL,    130 S Jefferson Street,   Suite1,   Chicago, IL 60661-3626
2948466       +AMCOL SYSTEMS INC,    111 Lancewood Rd,   Columbia, SC 29210-7523
2948465       +AMCOL SYSTEMS INC,    PO Box 21625,   Columbia, SC 29221-1625
2948468       +ARCHER & ZARZAUR,    2209 Morris Ave,   Birmingham, AL 35203-4211
2948469       +BEARDEN PROPERTIES,    3235 Old Sylacauga Hwy,   Sylacauga, AL 35150-7831
2948470       +CENTRAL ALABAMA MRI,    1080 Airport Drive,   Alexander City, AL 35010-3433
2948471       +CHILDREN'S HOSPITAL OF A,    1600 Seventh Ave S,   Birmingham, AL 35233-1785
2948472       +COOSA VALLEY MEDICAL CEN,    315 West Hickory St,   Sylacauga, AL 35150-2996
2948473       +CREDITONE, LLC,    P.O. Box 605,   Metairie, LA 70004-0605
2948474       +CREDITONE, LLC,    PO Box 4115,   Concord, CA 94524-4115
2948476       +DIRECT MANAGEMENT,    4320 Downtowner Loop S,   Ste A,   Mobile, AL 36609-5447
2948475       +DIRECT MANAGEMENT,    PO Box 16243,   Mobile, AL 36616-0243
2948477       +FRIEDMANS JEWLERS,    2745 Washington Road,   Augusta, GA 30909-2217
2948479       +FRIEDMANS JEWLERS,    171Crossroads Parkway,   Savannah, GA 31407-3021
2948481       +HOLLOWAY CREDIT SOLUTION,    1286 Carmichael Way,   Montgomery, AL 36106-3645
2948485       +HOLLOWAY CREDIT SOLUTION,    PO Box 230609,   Montgomery, AL 36123-0609
2948483       +HOLLOWAY CREDIT SOLUTION,    PO Box 6441,   Dothan, AL 36302-6441
2948489       +MARIA DEL REGUFIO VAZQUEZ,    200 Ruby Drive,   Columbiana, AL 35051-4504
2948491       +RUSSELL MEDICAL CENTER,    PO Box 939,   Alexander City, AL 35011-0939
2948493       +SAM BURKE WEAR,    PO Box 314,   Clay, AL 35048-0314
2948496       +SHELBY BAPTIST MEDICAL,    101 First Street N,   Alabaster, AL 35007-8757
2948495       +SHELBY BAPTIST MEDICAL,    3201 4th Avenue South,   Birmingham, AL 35222-1723
2948498       +SHELBY COUNTY CIRCUIT CLERK,    112 N Main Street,   Columbiana, AL 35051-5358
2948497       +SHELBY COUNTY CIRCUIT CLERK,    PO Box 1810,   Columbiana, AL 35051-1810
2948500       +SST,   PO Box 23060,   Columbus, GA 31902-3060
2948501       +SST/COLUMBUS BANK & TR,    PO Box 3997,   Saint Joseph, MO 64503-0997
2948503       +UNIFUND,   10625 Techwoods Circle,   Cincinnati, OH 45242-2846
2948504       +VICKI SMITH ESQ,    PO Box 250,   Columbiana, AL 35051-0250
2948505       +VICKI SMITH, ESQ,    111 N Main Street,   Columbiana, AL 35051-5359
2948508       +ZARZAUR & SCHWARTZ,    PO Box 11366,   Birmingham, AL 35202-1366

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
2948460        E-mail/Text: dhrcscbu@dhr.alabama.gov Oct 15 2013 20:37:58      AL CHILD SUPPORT,
                P.O. Box 244015,   Montgomery, AL,   36124-4015
2948487        E-mail/Text: cio.bncmail@irs.gov Oct 15 2013 20:36:29      INTERNAL REVENUE SERVICE,   PO Box 7346,
                Philadelphia, PA 19101-7346
2948467        E-mail/PDF: cbp@slfs.com Oct 15 2013 20:44:53      AMERICAN GENERAL FINANCE,   2727 Mall Drive,
                Florence, AL 35360
2948499       +Fax: 866-311-5818 Oct 15 2013 20:45:26       SST,   4315 Pickett Road,
                Saint Joseph, MO 64503-1600
2948502        E-mail/Text: carol.brensing@usdoj.gov Oct 15 2013 20:36:53      U.S. ATTORNEY,   P.O. Box 197,
                Montgomery, AL,   36101-0197
2948506       +E-mail/PDF: bk@worldacceptance.com Oct 15 2013 20:43:25      WORLD FINANCE,   PO Box 620,
                Trussville, AL 35173-0620
2948507        E-mail/PDF: bk@worldacceptance.com Oct 15 2013 20:41:56      WORLD FINANCE CORP.,   137 E Court Sq,
                Franklin, GA 30217
                                                                                             TOTAL: 7

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 17, 2013                               Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 11, 2013 at the address(es) listed below:
      Bankruptcy Administrator    ba@almb.uscourts.gov
      Marsha C. Mason   on behalf of Debtor Jesus Armando Ramos Mmason@creynoldslaw.net, creynolds@knology.net

           TOTAL: 2