| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Jesus Armando Ramos** | Social Security number or ITIN  xxx–xx–6021 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court **Middle District of Alabama** | | |
| Case number: **13–81484** | | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Jesus Armando Ramos

Dated December 1, 2017

William R. Sawyer
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

Case 13-81484   Doc 34   Filed 12/03/17   Entered 12/04/17 00:12:52   Desc Imaged
Certificate of Notice   Page 1 of 4

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                           United States Bankruptcy Court
                              Middle District of Alabama
In re:                                                                  Case No. 13-81484-WRS
Jesus Armando Ramos                                                     Chapter 13
         Debtor
                                 CERTIFICATE OF NOTICE
District/off: 1127-3          User: jingram                Page 1 of 2           Date Rcvd: Dec 01, 2017
                              Form ID: 3180W               Total Noticed: 45


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 03, 2017.
db             +Jesus Armando Ramos,    2079 Coosa County Road 86,    Goodwater, AL 35072-2000
aty            +Marsha C. Mason,    Mason Law Firm,    P.O. Box 1837,    Alexander City, AL 35011-1837
2948461        +ALABASTER DENTAL,    1403 Stadium Drive,    Alabaster, AL 35007-6514
2948462        +ALABASTER DENTAL,    1130 1st Street North,    Alabaster, AL 35007-8771
2948463        +ALEX CITY FIRE DEPT,    PO Box 552,    Alexander City, AL 35011-0552
2948466        +AMCOL SYSTEMS INC,    111 Lancewood Rd,    Columbia, SC 29210-7523
2948465        +AMCOL SYSTEMS INC,    PO Box 21625,    Columbia, SC 29221-1625
2948468        +ARCHER & ZARZAUR,    2209 Morris Ave,    Birmingham, AL 35203-4211
2959828        +Alexander City Orthopaedics,    C/O DiRecManagement, Inc.,    P.O. Box 16243,
                 Mobile, AL 36616-0243
2948469        +BEARDEN PROPERTIES,    3235 Old Sylacauga Hwy,    Sylacauga, AL 35150-7831
2948470        +CENTRAL ALABAMA MRI,    1080 Airport Drive,    Alexander City, AL 35010-3433
2948471        +CHILDREN'S HOSPITAL OF A,    1600 Seventh Ave S,    Birmingham, AL 35233-1785
2948472        +COOSA VALLEY MEDICAL CEN,    315 West Hickory St,    Sylacauga, AL 35150-2996
2948473        +CREDITONE, LLC,    P.O. Box 605,    Metairie, LA 70004-0605
3021051         CREDITONE, LLC,    PO BOX 625,    METAIRIE, LA 70004-0625
2948474        +CREDITONE, LLC,    PO Box 4115,    Concord, CA 94524-4115
2948476        +DIRECT MANAGEMENT,    4320 Downtowner Loop S,    Ste A,    Mobile, AL 36609-5447
2948475        +DIRECT MANAGEMENT,    PO Box 16243,    Mobile, AL 36616-0243
2948477        +FRIEDMANS JEWELERS,    2745 Washington Road,    Augusta, GA 30909-2217
2948479        +FRIEDMANS JEWLERS,    171Crossroads Parkway,    Savannah, GA 31407-3021
2948481        +HOLLOWAY CREDIT SOLUTION,    1286 Carmichael Way,    Montgomery, AL 36106-3645
2948485        +HOLLOWAY CREDIT SOLUTION,    PO Box 230609,    Montgomery, AL 36123-0609
2948483        +HOLLOWAY CREDIT SOLUTION,    PO Box 6441,    Dothan, AL 36302-6441
2948489        +MARIA DEL REGUFIO VAZQUEZ,    200 Ruby Drive,    Columbiana, AL 35051-4504
2948491        +RUSSELL MEDICAL CENTER,    PO Box 939,    Alexander City, AL 35011-0939
2948493        +SAM BURKE WEAR,    PO Box 314,    Clay, AL 35048-0314
2948496        +SHELBY BAPTIST MEDICAL,    101 First Street N,    Alabaster, AL 35007-8757
2948495        +SHELBY BAPTIST MEDICAL,    3201 4th Avenue South,    Birmingham, AL 35222-1723
2948497        +SHELBY COUNTY CIRCUIT CLERK,    PO Box 1810,    Columbiana, AL 35051-1810
2948498        +SHELBY COUNTY CIRCUIT CLERK,    112 N Main Street,    Columbiana, AL 35051-5358
2948500        +SST,    PO Box 23060,    Columbus, GA 31902-3060
2948501        +SST/COLUMBUS BANK & TR,    PO Box 3997,    Saint Joseph, MO 64503-0997
2948503        +UNIFUND,    10625 Techwoods Circle,    Cincinnati, OH 45242-2846
2948504        +VICKI SMITH ESQ,    PO Box 250,    Columbiana, AL 35051-0250
2948505        +VICKI SMITH, ESQ,    111 N Main Street,    Columbiana, AL 35051-5359
2948508        +ZARZAUR & SCHWARTZ,    PO Box 11366,    Birmingham, AL 35202-1366

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +E-mail/Text: trustees_office@ch13mdal.com Dec 01 2017 21:01:06      Sabrina L. McKinney,
                 P.O. Box 173,    Montgomery, AL 36101-0173
2948460         E-mail/Text: dhrcscbu@dhr.alabama.gov Dec 01 2017 21:00:46      AL CHILD SUPPORT,
                 P.O. Box 244015,    Montgomery, AL,    36124-4015
2948487         EDI: IRS.COM Dec 01 2017 20:58:00      INTERNAL REVENUE SERVICE,    PO Box 7346,
                 Philadelphia, PA 19101-7346
2948467         EDI: AGFINANCE.COM Dec 01 2017 20:58:00      AMERICAN GENERAL FINANCE,    2727 Mall Drive,
                 Florence, AL 35360
2948499        +Fax: 866-311-5818 Dec 01 2017 20:58:55      SST,    4315 Pickett Road,
                 Saint Joseph, MO 64503-1600
2948502         E-mail/Text: carol.brensing@usdoj.gov Dec 01 2017 21:00:44      U.S. ATTORNEY,    P.O. Box 197,
                 Montgomery, AL,    36101-0197
2948506        +EDI: WABK.COM Dec 01 2017 20:58:00      WORLD FINANCE,    PO Box 620,    Trussville, AL 35173-0620
2948507         EDI: WABK.COM Dec 01 2017 20:58:00      WORLD FINANCE CORP.,    137 E Court Sq,
                 Franklin, GA 30217
2958488        +EDI: WABK.COM Dec 01 2017 20:58:00      World Finance Corporation,    416 S. Wilson Dam Road,
                 Muscle Shoals, AL 35661-3662
                                                                                              TOTAL: 9

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
2948464       ##+ALLGATE FINANCIAL,    130 S Jefferson Street,    Suite1,    Chicago, IL 60661-3626
                                                                                  TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 03, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 1, 2017 at the address(es) listed below:
        Bankruptcy Administrator    ba@almb.uscourts.gov
        Marsha C. Mason   on behalf of Debtor Jesus Armando Ramos Mmason@mcsquaredlawfirm.com, trobinson@mcsquaredlawfirm.com;cmr68559@notify.bestcase.com
        Sabrina L. McKinney    trustees_office@ch13mdal.com
        TOTAL: 3