# Chapter 13 Trustee

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

P.O. Box 173
Montgomery, AL 36101-0173
PHONE 334-262-8371 • FAX 334-262-8599

SABRINA L. MCKINNEY
TRUSTEE

BETH PEEK
ASSISTANT TRUSTEE

January 10, 2018

United States Bankruptcy Court
Clerk of the Court
Post Office Box 1248
Montgomery, Alabama 36192

RE: Report of Unclaimed Funds

Dear Clerk of the Court:

The following Chapter 13 cases have been closed by Order of the Court; however, certain funds of the estates have been unpaid. Enclosed is check #3105933 for $9,344.61 representing those unpaid funds. Pursuant to Rule 3011 of the Rules of the Bankruptcy Procedure, below is an itemized listing of the names and addresses of those creditors, or debtors, not receiving full payment or refund, under the plans (due to checks not being negotiated).

| Debtor & Case No. | Creditor (Debtor) & Address | Amount |
|---|---|---|
| MORRIS SCOTT<br>LATARSHA SCOTT<br>11-32862-DHW | KHEAA<br>P O BOX 798<br>FRANKFORT, KY, 40602-0798 | $670.69 |
| STEPHANIE D GOLDEN<br>12-30838-DHW | STEPHANIE D GOLDEN<br>15 DOROTHY LN<br>WETUMPKA, AL, 36092 | $1.29 |
| JOSIE ANDREWS<br>12-30881-DHW | CASHCALL INC<br>C/O WEINSTEIN & RILEY<br>P O BOX 3978<br>SEATTLE, WA, 98124 | $32.69 |
| JARED SCOTT WALKER<br>12-80625-WRS | JARED SCOTT WALKER<br>2971 HWY 905<br>CONWAY, SC, 29526 | $178.28 |
| TIRONDA ANDERSON<br>12-31189-DHW | DELTA SERVICE CORP<br>P O BOX 451023<br>ATLANTA, GA, 31145 | $19.99 |
| CORETHA B SLAYTON<br>12-31207-DHW | CASHCALL INC<br>C/O WEINSTEIN & RILEY<br>P O BOX 3978<br>SEATTLE, WA, 98124 | $95.13 |

| Debtor & Case No. | Creditor (Debtor) & Address | Amount |
|---|---|---|
| BRENDA SHAW SMITH<br>12-31363-DHW | CASHCALL INC<br>C/O WEINSTEIN & RILEY<br>P O BOX 3978<br>SEATTLE, WA, 98124 | $22.98 |
| JAMES FRANKLIN HIETT<br>PAIGE LINDSEY HIETT<br>12-80893-WRS | JAMES FRANKLIN HIETT<br>PAIGE LINDSEY HIETT<br>P O BOX 4301<br>OPELIKA, AL, 36803-4301 | $3.00 |
| ALAYNA STUCKEY<br>12-31500-DHW | CASHCALL INC<br>C/O WEINSTEIN & RILEY<br>P O BOX 3978<br>SEATTLE, WA, 98124 | $30.31 |
| TIMOTHY M MIZZELL<br>LYNN M MIZZELL<br>12-31812-DHW | PAYDAY LOAN STORE<br>PLS FINANCIAL BANKRUPTCY DEPT<br>800 JORIE BLVD 2ND FLOOR<br>OAK BROOK, IL, 60523 | $3.81 |
| ALICIA C LEE<br>12-31855-DHW | ALICIA C LEE<br>613 STEELE CIRCLE<br>GREENVILLE, AL, 36037 | $140.00 |
| GLENDA M WILLIAMS<br>12-31930-DHW | GLENDA M WILLIAMS<br>500 BENTWOOD TRAIL<br>MONTGOMERY, AL, 36117 | $3.21 |
| CYNTHIA RENEE THOMAS<br>12-31965-DHW | CASHCALL INC<br>C/O WEINSTEIN & RILEY<br>P O BOX 3978<br>SEATTLE, WA, 98124 | $118.94 |
| CAROLYN MOSS<br>12-81214-WRS | CAROLYN MOSS<br>P O BOX 830041<br>TUSKEGEE, AL, 36083-0041 | $2.56 |
| WILLIAM NELSON THOMAS SR<br>12-11532-WRS | CASHCALL INC<br>C/O WEINSTEIN & RILEY<br>P O BOX 3978<br>SEATTLE, WA, 98124 | $53.79 |
| LINDA GORDON PERSON<br>12-11536-WRS | CASHCALL INC<br>C/O WEINSTEIN & RILEY<br>P O BOX 3978<br>SEATTLE, WA, 98124 | $134.39 |
| KAVONDA LATRICE LINGO<br>12-11548-WRS | KAVONDA LATRICE LINGO<br>300 BOYNTON ST APT 105<br>HEADLAND, AL, 36345 | $241.99 |
| MARTINA E TAYLOR<br>12-32744-DHW | FAIR FINANCE<br>DUVERA FINANCIAL<br>P O BOX 2549<br>CARLSBAD, CA, 92018 | $5.04 |

| Debtor & Case No. | Creditor (Debtor) & Address | Amount. |
|---|---|---|
| MICHELLE CARTER<br>12-12012-WRS | CASHCALL INC<br>C/O WEINSTEIN & RILEY<br>P O BOX 3978<br>SEATTLE, WA, 98124 | $130.90 |
| JERMAINE BYRD<br>WENDY D BYRD<br>12-12087-WRS | TIME WARNER CABLE<br>104 S WOODBURN DR<br>DOTHAN, AL, 36301 | $14.55 |
| ERIC LAMAR DUNN<br>12-81790-WRS | ERIC LAMAR DUNN<br>P O BOX 356<br>VALLEY, AL, 36854 | $8.01 |
| SONDRA PRUITT<br>12-33151-DHW | SONDRA PRUITT<br>P O BOX 210534<br>MONTGOMERY, AL, 36121 | $289.00 |
| LINDA JONES<br>13-30225-DHW | CASHCALL INC<br>C/O WEINSTEIN & RILEY<br>P O BOX 3978<br>SEATTLE, WA, 98124 | $121.14 |
| CAROLYN A BROWN<br>13-10316-WRS | CAROLYN A BROWN<br>302 REBECCA ST<br>DOTHAN, AL, 36301 | $128.00 |
| MICHAEL CARL COLLINS<br>LAURA A COLLINS<br>13-30475-DHW | CASH CENTRAL<br>6785 BOBCAT WAY STE 200<br>DUBLIN, OH, 43016 | $20.03 |
| BOBBY LOUIS JONES JR<br>13-80390-WRS | CASH CENTRAL<br>6785 BOBCAT WAY STE 200<br>DUBLIN, OH, 43016 | $40.86 |
| TIM WILLIAMS<br>TERESA WILLIAMS<br>13-30751-DHW | CASHCALL INC<br>C/O WEINSTEIN & RILEY<br>P O BOX 3978<br>SEATTLE, WA, 98124 | $131.92 |
| ALICIA B CONNELL<br>13-10617-WRS | JAMES T GRIMES JR DMD<br>11 INDIGO PL<br>ENTERPRISE, AL, 36330 | $3.34 |
| WILLIAM S HOUSTON JR<br>SAMANTHA L HOUSTON<br>13-80515-WRS | CLASSIC FINANCE OF ROANOKE<br>66645 HWY 22<br>ROANOKE, AL, 36274 | $8.41 |
| LARISSA SCHULER<br>13-10885-WRS | LARISSA SCHULER<br>251 BLUFF SPRINGS RD LOT 5<br>COWARTS, AL, 36321 | $65.00 |
| EDNA RIVERS<br>13-11086-WRS | EDNA RIVERS<br>122 E DANIELS DR<br>P O BOX 1524<br>MONROEVILLE, AL, 36461 | $1.14 |

| Debtor & Case No. | Creditor (Debtor) & Address | Amount |
|---|---|---|
| WILLIAM E SHACKELFORD<br>CANDIOUS REESE SHACKELFORD<br>13-80893-WRS | WILLIAM E SHACKELFORD<br>CANDIOUS REESE SHACKELFORD<br>1130 44TH ST SW LOT 6<br>LANETT, AL, 36863 | $276.29 |
| ZANDRA C PETTWAY<br>13-31913-DHW | CASHCALL INC<br>C/O WEINSTEIN & RILEY<br>P O BOX 3978<br>SEATTLE, WA, 98124 | $33.02 |
| SAMUEL LUCAS JR<br>13-81062-WRS | CASHCALL INC<br>C/O WEINSTEIN & RILEY<br>P O BOX 3978<br>SEATTLE, WA, 98124 | $134.35 |
| JAMES W MEEKS JR<br>BEVERLY WALDEN MEEKS<br>13-32258-DHW | CITIMORTGAGE INC<br>P O BOX 6243<br>SIOUX FALLS, SD, 57117-6243 | $40.95 |
| JESUS ARMANDO RAMOS<br>13-81484-WRS | MARIA DEL REFUGIO VAZQUEZ<br>C/O VICKIE N SMITH ESQ<br>P O BOX 250<br>COLUMBIANA, AL, 35051 | $5,201.97 |
| MICHAEL DAVID VICKERY<br>13-81666-WRS | CAPITAL ONE BANK USA NA<br>BY AMERICAN INFOSOURCE LP AS AGENT<br>P O BOX 71083<br>CHARLOTTE, NC, 28272-1083 | $15.67 |
| ROBERT EDGAR LEE DALE JR<br>13-33425-DHW | ROBERT EDGAR LEE DALE JR<br>42 NATCHEZ TRACE LOOP<br>TALLASSEE, AL, 36078 | $151.39 |
| WENDELL R MCDANIEL<br>PAULA F MCDANIEL<br>14-11620-WRS | WENDELL R MCDANIEL<br>PAULA F MCDANIEL<br>139 PROSPECT RIDGE RD<br>TROY, AL, 36079 | $351.00 |
| MELISSA ANN JOHNSTON<br>14-32331-DHW | MELISSA ANN JOHNSTON<br>211 RIVERSIDE AVE<br>TALLASSEE, AL, 36078 | $21.86 |
| REBECCA CROSBY MCGHEE<br>14-33252-DHW | REBECCA CROSBY MCGHEE<br>9325 COOSADA RD<br>COOSADA, AL, 36020 | $3.72 |
| JEFFREY DWAYNE BARLOW II<br>15-33487-DHW | JEFFREY DWAYNE BARLOW II<br>886 FAIRVIEW AVE<br>PRATTVILLE, AL, 36066 | $258.00 |
| MARY SAMANTHA DENNIS<br>16-11591-WRS | MARY SAMANTHA DENNIS<br>839 MERIWEATHER DR<br>CALERA, AL, 35040 | $136.00 |

- 5 -

This does certify that the information shown above is true and correct to the best of my knowledge and belief.

Sincerely,

Sabrina L. McKinney
Chapter 13 Standing Trustee
SLM/BH

SABRINA L. McKINNEY    STANDING CHAPTER 13 TRUSTEE

Check #.: 3105933
Date: Jan 10, 2018

3105933

Payee: CLERK OF THE COURT
1 CHURCH ST
MONTGOMERY, AL 36104

Creditor #: 245952

| Case # | Claim # | Debtor Name(s) | Account # | Principal | Interest | Balance |
|---|---|---|---|---|---|---|
| 1132862 | 00020 | MORRIS & LATARSHA SCOTT | 6207 --- UNCLMED FUNDS | 670.69 | 0.00 | 0.00 |
| 1230838 | 00000 | STEPHANIE D GOLDEN | | 1.29 | 0.00 | 0.00 |
| 1230881 | 00034 | JOSIE ANDREWS | 0475-UNCLAIMED FUNDS | 32.69 | 0.00 | 1,927.29 |
| 1280625 | 00000 | JARED SCOTT WALKER | | 178.28 | 0.00 | 0.00 |
| 1231189 | 00030 | TIRONDA ANDERSON | 34527 | 19.99 | 0.00 | 1,024.27 |
| 1231207 | 00007 | CORETHA B SLAYTON | 0139-UNCLAIMED FUNDS | 95.13 | 0.00 | 1,775.23 |
| 1231363 | 00006 | BRENDA SHAW SMITH | 5989-UNCLAIMED FUNDS | 22.98 | 0.00 | 571.64 |
| 1280893 | 00000 | JAMES FRANKLIN & PAIGE LINDSEY HIETT | | 3.00 | 0.00 | 0.00 |
| 1231500 | 00032 | ALAYNA STUCKEY | 6842-UNCLAIMED FUNDS | 30.31 | 0.00 | 582.83 |
| 1231812 | 00042 | TIMOTHY M & LYNN M MIZZELL | 8641 | 3.81 | 0.00 | 476.24 |
| 1231855 | 00000 | ALICIA C LEE | | 140.00 | 0.00 | 0.00 |
| 1231930 | 00000 | GLENDA M WILLIAMS | | 3.21 | 0.00 | 0.00 |
| 1231965 | 00011 | CYNTHIA RENEE THOMAS | 1813-UNCLAIMED FUNDS | 118.94 | 0.00 | 959.64 |
| 1281214 | 00000 | CAROLYN MOSS | | 2.56 | 0.00 | 0.00 |
| 1211532 | 00007 | WILLIAM NELSON THOMAS SR | 6162-UNCLAIMED FUNDS | 53.79 | 0.00 | 936.39 |
| 1211536 | 00008 | LINDA GORDON PERSON | 4552-UNCLAIMED FUNDS | 134.39 | 0.00 | 2,135.29 |
| 1211548 | 00000 | KAVONDA LATRICE LINGO | | 241.99 | 0.00 | 0.00 |
| 1232744 | 00026 | MARTINA E TAYLOR | 8156 UNCLAIMED FUNDS | 5.04 | 0.00 | 234.92 |
| 1212012 | 00010 | MICHELLE CARTER | 3376 - UNCLAIMED FUNDS | 130.90 | 0.00 | 2,220.26 |
| 1212087 | 00028 | JERMAINE & WENDY D BYRD | 8484 2697 ORDER 2/13 RE | 14.55 | 0.00 | 654.56 |
| 1281790 | 00000 | ERIC LAMAR DUNN | | 8.01 | 0.00 | 0.00 |
| 1233151 | 00000 | SONDRA PRUITT | | 289.00 | 0.00 | 0.00 |
| 1330225 | 00011 | LINDA JONES | 9390-UNCLAIMED FUNDS | 121.14 | 0.00 | 475.19 |
| 1310316 | 00000 | CAROLYN A BROWN | | 128.00 | 0.00 | 0.00 |
| 1330475 | 00020 | MICHAEL CARL & LAURA A COLLINS | 4865 | 20.03 | 0.00 | 342.44 |
| 1380390 | 00017 | BOBBY LOUIS JONES JR | 5984-UNCLMED FUNDS | 40.86 | 0.00 | 275.99 |
| 1330751 | 00011 | TIM & TERESA WILLIAMS | 9979-UNCLAIMED FUNDS | 131.92 | 0.00 | 2,321.26 |
| 1310617 | 00019 | ALICIA B CONNELL | 7094 | 3.34 | 0.00 | 280.27 |
| 1380515 | 00010 | WILLIAM S HOUSTON JR & SAMANTHA L HOUSTON | 8305 | 8.41 | 0.00 | 233.95 |
| 1310885 | 00000 | LARISSA SCHULER | | 65.00 | 0.00 | 0.00 |
| 1311086 | 00000 | EDNA RIVERS | | 1.14 | 0.00 | 0.00 |
| 1380893 | 00000 | WILLIAM E & CANDIOUS REESE SHACKELFORD | | 276.29 | 0.00 | 0.00 |
| 1331913 | 00005 | ZANDRA C PETTWAY | 7242-UNCLAIMED FUNDS | 33.02 | 0.00 | 865.06 |
| 1381062 | 00010 | SAMUEL LUCAS JR | 0017 UNCLAIMED FUNDS | 134.35 | 0.00 | 714.52 |
| 1332258 | 10002 | JAMES W MEEKS JR & BEVERLY WALDEN MEEKS | 1391 104 GROVE COURT I | 40.95 | 0.00 | 183.73 |
| 1381484 | 00034 | JESUS ARMANDO RAMOS | DR07-900012.03 & 04 (M V. | 5,169.66 | 32.31 | 0.00 |
| 1381666 | 00005 | MICHAEL DAVID VICKERY | 0030 4059 | 15.67 | 0.00 | 633.84 |
| 1333425 | 00000 | ROBERT EDGAR LEE DALE JR | | 151.39 | 0.00 | 0.00 |
| 1411620 | 00000 | WENDELL R & PAULA F MCDANIEL | | 351.00 | 0.00 | 0.00 |
| 1432331 | 00000 | MELISSA ANN JOHNSTON | | 21.86 | 0.00 | 0.00 |
| 1433252 | 00000 | REBECCA CROSBY MCGHEE | | 3.72 | 0.00 | 0.00 |
| 1533487 | 00000 | JEFFREY DWAYNE BARLOW II | | 258.00 | 0.00 | 0.00 |
| 1611591 | 00000 | MARY SAMANTHA DENNIS | | 136.00 | 0.00 | 0.00 |
| | | TOTALS | | 9,312.30 | 32.31 | 19,824.81 |

*** IF MAILING ADDRESS IS INCORRECT, NOTIFY TRUSTEE'S OFFICE IN WRITING. ***